# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

          Plaintiff,

    v.

**TOSH BABU**

          Defendant.

CR NO: 2:15-CR-00204 TLN

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Tosh Babu
Detained at: California Correctional Center, Susanville CA 96127
Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: /s/Mathew G. Morris
Printed Name & Phone No: Matthew G. Morris
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2/10/2016

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if ____
Booking or CDC #: AT9252
Facility Address: 711-045 Center Rd., Susanville, CA 96127-0790
Facility Phone: (530)257-2181 ext 4119
Currently: Custody – CCC, Susanville CA

☒ Male   ☐ Female
DOB: ____
Race: ____
FBI#: ____

## RETURN OF SERVICE

Executed on: ____

(signature)