HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-204 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) ) ) | |
| CHRISTOPHER GRADY et al, | ) ) | Date:  May 5, 2016 Time:  9:30 a.m. |
| Defendant. | ) ) | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, Christopher Cosca, attorney for Tosh Babu, William E. Bonham, attorney for Jacob W. Cook, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for May 5, 2016 be vacated and continued to June 30, 2016 at 9:30 a.m. Gregory Foster, attorney for Jeffrey S. Grady, and U.S. Attorney Matthew Morris have jointly stipulated to continue the status conference for defendant Jeffrey S. Grady to a separate date.

The reason for the continuance is in order to try to resolve the case globally towards a non-trial resolution. Defense counsel also requires more time to review additional discovery.

1  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2  excluded of this order's date through and including June 30, 2016; pursuant to 18 U.S.C. §3161
3  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
4  upon continuity of counsel and defense preparation.

5  Counsel and the defendant also agree that the ends of justice served by the Court granting
6  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

8  DATED: May 3, 2016                HEATHER E. WILLIAMS
                                     Federal Defender

10                                   /s/ *Noa E. Oren*
                                     NOA E. OREN
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   CHRISTOPHER GRADY

13 DATED: May 3, 2016                /s/ *Christopher Richard Cosca*
                                     CHRISTOPHER COSCA
14                                   Attorney for Tosh Babu

15
   DATED: May 3, 2016                /s/ *William E. Bonham*
16                                   WILLIAM E. BONHAM
                                     Attorney for Jacob W. Cook

18 DATED: May 3, 2016                PHILLIP A. TALBERT
                                     Acting United States Attorney
19
                                     /s/ *Matthew Morris*
20                                   MATTHEW MORRIS
                                     Assistant U.S. Attorney
21                                   Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 30, 2016  shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 5, 2016 status conference shall be continued until June 30, 2016  at 9:30 a.m for defendants Christopher Grady, Tosh Babu, and Jacob Cook.

DATED: May 3, 2016

_____
Troy L. Nunley
United States District Judge