William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
JACOB COOK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>GRADY et. al.,<br><br>              Defendant. | No. 2:15-CR-00204 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 30, 2016<br>Time: 9:30 am<br>Judge: Hon. Troy L. Nunley |

      Defendants, JACOB COOK and TOSH BABU, through their undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, June 30, 2016 at 9:30 am be vacated and reset for Thursday, July 28, 2016 at 9:30 am.

      A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case, to conduct negotiations with the Government, and discussions with their respective clients toward a potential resolution of the charges.

      The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from June

30, 2016, up to and including July 28, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, William E. Bonham, the filing party, have received authorization from my co-counsel and AUSA Matthew Morris to sign and submit this stipulation and proposed order on their behalf.

    Accordingly, the defense and the United States agree and stipulate that the status conference for defendants JACOB COOK and TOSH BABUS should be reset for Thursday, July 28, 2016 at 9:30 am.

Dated: June 27, 2016

PHILLIP A. TALBERT
Acting United States Attorney

<u>Matthew Morris</u>
MATTHEW MORRIS
Assistant U.S. Attorney

Dated: June 27, 2016

<u>/s/ Christopher Cosca</u>
CHRISTOPHER COSCA
Counsel for defendant
TOSH BABU

Dated: June 27, 2016

By:<u>/s/ William E. Bonham</u>
WILLIAM BONHAM
Counsel for defendant
JACOB COOK

**ORDER**

The status conference currently set for Thursday, June 30, 2016 at 9:30 am is vacated and reset for Thursday, July 28, 2016, at 9:30 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 30, 2016, up to and including the date of the new status conference, July 28, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: June 28, 2016

Troy L. Nunley
United States District Judge