PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CHRISTOPHER M. GRADY, JEFFREY S. GRADY, TOSH BABU, AND JACOB W. COOK, | DATE: January 19, 2017 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on January 19, 2017.

2.      By this stipulation, defendants now move to continue the status conference until February 16, 2017, and to exclude time between January 19, 2017, and February 16, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes voluminous records and spreadsheets related to tax refunds and witness interviews All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time review the discovery and evaluate the case and consider potential resolution.

1    c)    Counsel for defendants believe that failure to grant the above-requested

2    continuance would deny counsel the reasonable time necessary for effective preparation, taking

3    into account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of January 19, 2017 to February 16,

10   2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11   T4] because it results from a continuance granted by the Court at defendants' request on the basis

12   of the Court's finding that the ends of justice served by taking such action outweigh the best

13   interest of the public and the defendant in a speedy trial.

14   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

15   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16   must commence.

17   IT IS SO STIPULATED.

18

19   Dated:  January 17, 2017                          PHILLIP A. TALBERT
                                                       United States Attorney

20

21                                                     /s/ MATTHEW G. MORRIS
                                                       MATTHEW G. MORRIS
22                                                     Assistant United States Attorney

23

24

25   Dated:  January 17, 2017                          /s/ NOA OREN (auth by email)
                                                       NOA OREN
26                                                     Assistant Federal Defender
                                                       Counsel for Defendant
27                                                     CHRISTOPHER M. GRADY

28

Dated:  January 17, 2017                     /s/ GREG FOSTER (auth by email)
                                             GREG FOSTER
                                             Counsel for Defendant
                                             JEFFREY S. GRADY

Dated:  January 17, 2017                     /s/ CHRIS COSCA (auth by email)
                                             CHRIS COSCA
                                             Counsel for Defendant
                                             TOSH BABU

Dated:  January 17, 2017                     /s/ WILLIAM BONHAM (auth by email)
                                             WILLIAM BONHAM
                                             Counsel for Defendant
                                             JACOB W. COOK


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2017.


                                             Troy L. Nunley
                                             United States District Judge