PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TOSH BABU, | DATE: February 16, 2017 |
| | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on February 16, 2017.

2.  By this stipulation, defendant Tosh Babu now moves to continue the status conference for himself until March 16, 2017, at 9:30 a.m., and to exclude time between February 16, 2017, and March 16, 2017, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes more than 2,000 pages of reports and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The defendant had asked the government to locate additional information that might be within its possession, and the government has agreed to attempt to find that information.

    b)  Counsel for defendant desires additional time to consider the discovery and

discuss potential resolution with his client.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 16, 2017 to March 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 14, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: February 14, 2017

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
TOSH BABU

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of February, 2017.

_____
Troy L. Nunley
United States District Judge