HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER GRADY et al,<br><br>    Defendant. | Case No. 2:15-cr-00204 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME<br><br>Date:  March 2, 2017<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Morris, Assistant United States Attorney, Gregory W. Foster, attorney for Jeffrey S. Grady, Christopher R. Cosca, attorney for Tosh Babu, William E. Bonham, attorney for Jacob W. Cook, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for March 2, 2017 be vacated and continued to April 27, 2017 at 9:30 a.m.

The reason for the continuance is in order to try to resolve the case globally towards a non-trial resolution. Defense counsel also requires more time to review discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 27, 2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

1  upon continuity of counsel and defense preparation.

2      Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 28, 2017     HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ *Noa E. Oren*
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          CHRISTOPHER GRADY

DATED: February 28, 2017     /s/ *Gregory W. Foster*
                                          GREGORY W. FOSTER
                                          Attorney for Jeffrey S. Grady

DATED: February 28, 2017     /s/ *Christopher R. Cosca*
                                          CHRISTOPHER R. COSCA
                                          Attorney for Tosh Babu

DATED: February 28, 2017     /s/ *William E. Bonham*
                                          WILLIAM E. BONHAM
                                          Attorney for Jacob W. Cook

DATED: February 28, 2017     PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ *Matthew Morris*
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 27, 2017 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 2, 2017 status conference shall be continued until April 27, 2017 at 9:30 a.m for all defendants.

DATED: February 28, 2017

Troy L. Nunley
United States District Judge