1    PHILLIP A. TALBERT
     United States Attorney
2    MATTHEW G. MORRIS
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone: (916) 554-2700
     Facsimile: (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America
7

8                         IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    CASE NO.  2:15-CR-204-TLN

12                          Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                                  TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                 v.                             FINDINGS AND ORDER

14   TOSH BABU                                    DATE: March 16, 2017
                                                  TIME: 9:30 a.m.
15                                                COURT: Hon. Troy L. Nunley
                          Defendant.
16

17
                                       **STIPULATION**
18
            1.     By previous order, this matter was set for status on March 16, 2017.
19
            2.     By this stipulation, defendant Tosh Babu now moves to continue the status conference for
20
     himself until April 27, 2017, at 9:30 a.m., and to exclude time between March 16, 2017, and April 27,
21
     2017, under Local Code T4.
22
            3.     The parties agree and stipulate, and request that the Court find the following:
23
                   a)     The government has represented that the discovery associated with this case
24
     includes more than 2,000 pages of reports and other documents. All of this discovery has been
25
     either produced directly to counsel and/or made available for inspection and copying.  The
26
     defendant had asked the government to locate additional information that might be within its
27
     possession, and the government has agreed to attempt to find that information.
28
                   b)     Counsel for defendant desires additional time to consider the discovery and

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND                      1
ORDER

1    discuss potential resolution with his client.

2         c)      Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5         d)      The government does not object to the continuance.

6         e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of March 16, 2017 to April 27, 2017,

11   inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]

12   because it results from a continuance granted by the Court at defendant's request on the basis of

13   the Court's finding that the ends of justice served by taking such action outweigh the best interest

14   of the public and the defendant in a speedy trial.

15        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17   must commence.

18        IT IS SO STIPULATED.

19

20   Dated:  March 15, 2017                    PHILLIP A. TALBERT
                                               United States Attorney
21

22                                            /s/ MATTHEW G. MORRIS
                                              MATTHEW G. MORRIS
23                                            Assistant United States Attorney

24   Dated:  March 15, 2017                    /s/ CHRISTOPHER COSCA
                                               CHRISTOPHER COSCA
25                                             Counsel for Defendant
                                               JTOSH BABU
26

27

28

1

**FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED this 15th day of March, 2017.

3

4

5

_____
Troy L. Nunley
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28