PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TOSH BABU, | DATE: April 27, 2017 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on April 27, 2017.

2. By this stipulation, defendant now moves to continue the status conference until May 25, 2017, at 9:30 a.m., and to exclude time between April 27, 2017, and May 25, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a)   The government has represented that the discovery associated with this case includes voluminous records and spreadsheets related to tax refunds and witness interviews All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional information was received from the IRS relevant to questions about the total volume of tax refunds issued and paid in this case, and that information was recently provided to the defendants.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

        b)      Counsel for defendant desires additional time review the discovery and evaluate the case and consider potential resolution.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2017 to May 25, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 25, 2017                              PHILLIP A. TALBERT
                                                 United States Attorney

                                               /s/ MATTHEW G. MORRIS
                                               MATTHEW G. MORRIS
                                               Assistant United States Attorney

Dated:  April 25, 2017                              /s/ CHRIS COSCA (auth by email)
                                               CHRIS COSCA
                                               Counsel for Defendant
                                             TOSH BABU

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of April, 2017.

                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge