| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MATTHEW G. MORRIS |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TOSH BABU, | DATE: April 27, 2017 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on April 27, 2017.

2. By this stipulation, defendant now moves to continue the status conference until May 25, 2017, at 9:30 a.m., and to exclude time between April 27, 2017, and May 25, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes voluminous records and spreadsheets related to tax refunds and witness interviews All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional information was received from the IRS relevant to questions about the total volume of tax refunds issued and paid in this case, and that information was recently provided to the defendants.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

b) Counsel for defendant desires additional time review the discovery and evaluate the case and consider potential resolution.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2017 to May 25, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2017　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ MATTHEW G. MORRIS
　　　　　　　　　　　　　　　　　　　　　　MATTHEW G. MORRIS
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: April 25, 2017　　　　　　　　　　　　/s/ CHRIS COSCA (auth by email)
　　　　　　　　　　　　　　　　　　　　　　CHRIS COSCA
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　TOSH BABU

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of April, 2017.

_____
Troy L. Nunley
United States District Judge