LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
TOSH BABU

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00204-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| TOSH BABU, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The Court previously set this matter for Judgment and Sentencing on August 24, 2017.

2. By this stipulation, the parties now move to continue Judgment and Sentencing to August 31, 2017, at 9:30 a.m. The reason for this request is that defense counsel will be in trial on August 24, 2017.

IT IS SO STIPULATED.

DATED: August 9, 2017      PHILLIP A. TALBERT
                           United States Attorney

                           /s/ Matthew G. Morris
                           MATTHEW G. MORRIS
                           Assistant United States Attorney


DATED: August 9, 2017      /s/ Chris Cosca
                           CHRIS COSCA
                           Counsel for Defendant Tosh Babu


**O R D E R**

IT IS SO FOUND AND ORDERED this 10th day of August, 2017.

	Troy L. Nunley
	United States District Judge