LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
TOSH BABU

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00204-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| TOSH BABU, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The Court previously set this matter for Judgment and Sentencing on August 31, 2017.

2. By this stipulation, the parties now move to continue Judgment and Sentencing to September 7, 2017. The reason for this request is to accommodate a calendar conflict.

IT IS SO STIPULATED.

DATED: August 25, 2017    PHILLIP A. TALBERT
                          United States Attorney

                          /s/ Matthew G. Morris
                          MATTHEW G. MORRIS
                          Assistant United States Attorney


DATED: August 25, 2017    /s/ Chris Cosca
                          CHRIS COSCA
                          Counsel for Defendant Tosh Babu

**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of August, 2017.

_____
Troy L. Nunley
United States District Judge