IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:15-cr-00204-TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| TOSH BABU, | ) | |
| Defendant. | ) | |

The court relieved Mr. Patterson. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Michael Hansen is appointed to represent the above defendant in this case effective *nunc pro tunc* to November 7, 2023.

This appointment shall remain in effect until further order of this court.

DATED: 11/8/2023

_____
Troy L. Nunley
United States District Judge