Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
TOSH BABU

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TOSH BABU,<br><br>　　　　　　　Defendant. | Case No.: 2:15-cr-00204-TLN<br><br>**ORDER FOR TRANSCRIPT OF SEALED PROCEEDINGS** |

On November 6, 2023, the Court conducted an in-camera hearing and relieved Mr. Babu's attorney.  Subsequently, undersigned counsel was appointed by the Court.  In order to adequately represent Mr. Babu, it is essential defense counsel has the transcript of the in-camera hearing.  Accordingly. It is requested the Court order the transcript released to defense counsel.

Dated:  December 14, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　TOSH BABU

1

**Order for Transcript**

**ORDER**

The Court, having considered the necessity for defense counsel's need for the transcript of the in-camera hearing on November 6, 2023, orders its release to defense counsel.

IT IS SO ORDERED.

Dated: December 15, 2023

_____
Troy L. Nunley
United States District Judge